FILED

12/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0157

THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0157

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

JACQUELINE BLACK

     Defendant and Appellant

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that appellant is granted an extension of time to and include January 18, 2021, within which to prepare, file and serve, Appellant's opening brief on appeal.

No further extension of time will be granted.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
December 10 2020